IH-32    Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

Gayle Weir

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-6456 |
| Aerpio Pharmaceuticals, Inc., et al. | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Dwayne Komurke

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-5686 |
| Aerpio Pharmaceuticals Inc., et al. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open  (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on June 30, 2021. Assigned to Judge John P. Cronan

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case for the following reasons:
(1) involves the same parties and is based on the same or similar claims;
(2) arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and
(3) is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

Signature: /s/ Joshua M. Lifshitz     Date: 7/29/2021

Firm: Lifshitz Law Firm, P.C.