

Caroline H. Bullerjahn
+1 617 570 1359
CBullerjahn@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA  02210

goodwinlaw.com
+1 617 570 1000

September 3, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:   *Weir v. Aerpio Pharmaceuticals, Inc. et al.*, No. 1:21-cv-06456-JPC (S.D.N.Y.) -
        **Request for Adjournment of Initial Pretrial Conference**

Dear Judge Cronan:

We represent all Defendants in the above-referenced private securities lawsuit.  Defendants respectfully request adjournment of the September 14, 2021 (12:00 p.m.) initial pretrial conference in this matter, as well as the September 7, 2021 deadline to file a joint letter and proposed case management plan.  Defendants have not yet been served with the complaint.  If and when they are served, Defendants intend to file a pre-motion letter seeking leave to file a motion to dismiss the complaint in full, in which case the parties will discuss a proposed briefing schedule for such a motion.  In light of the incipient nature of this case and contemplated next steps, Defendants request that the initial conference be adjourned.

All parties consent to this request for adjournment.  This is the first request for adjournment from any party in this matter.  Defendants are filing a similar request in the related case also scheduled for a conference on September 14, *Komurke v. Aerpio Pharmaceuticals, et al.*, No. 1:21-cv-05686-JPC (S.D.N.Y.).

Wherefore, Defendants request that the Court adjourn the initial pretrial conference in this matter.

Respectfully Submitted,

*/s/ Caroline H. Bullerjahn*
Caroline H. Bullerjahn
*Counsel for Defendants*

cc:   Counsel of record (by ECF)

The initial pretrial conference, proposed case management plan, and joint letter deadlines are adjourned sine die.

SO ORDERED.
Date: September 7, 2021
New York, New York

JOHN P. CRONAN
United States District Judge